UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br>v.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:16-cv-00497-APG-PAL<br><br>ORDER<br><br>(Mot Demand - ECF No. 36)<br>(Mot. Strike – ECF No. 38) |

Before the court is Nationstar Mortgage LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 36), and SFR Investments Pool 1, LLC's Motion to Strike Nationstar Mortgage LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) [ECF No. 36] (ECF No. 38).   No oppositions have been filed, and the time for filing oppositions have expired.  Although no oppositions were filed, Nationstar also filed a Reply (ECF No. 39) to the Motion for Demand of Security Costs.  Having reviewed and considered the matters,

**IT IS ORDERED** that:

1. Nationstar Mortgage LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 36) is **DENIED.**

2. SFR Investments Pool 1, LLC's Motion to Strike Nationstar Mortgage LLC's Demand for Security of Costs Pursuant to NRS 18-130(1) [ECF No. 36] (ECF No. 38) is **GRANTED**.

DATED this 22nd day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE