# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:16-cv-00497-APG-BNW<br><br>**ORDER** |

Presently before the court is attorney Shane D. Cox's motion to withdraw as counsel for Absolute Collection Services, LLC (ACS). (ECF No. 63.)

Mr. Cox represents that he has been terminated as counsel for ACS and attaches a signed statement from his client stating as much. ACS also represents that it understands that if no counsel appears for ACS that it could have its answer struck and default judgment entered against it.

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw and order Defendant ACS to retain a new attorney. Defendant ACS is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Defendant ACS further is advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8.

IT IS THEREFORE ORDERED that attorney Shane D. Cox's Motion to Withdraw as Attorney for Absolute Collection Services, LLC (ECF No. 63) is GRANTED.

IT IS FURTHER ORDERED that Mr. Cox must serve a copy of this order on Defendant Absolute Collection Services, LLC and must file proof of that service by December 30, 2019.

IT IS FURTHER ORDERED that on or before January 13, 2020, Defendant Absolute Collection Services, LLC must retain a new attorney and that attorney must file a notice of appearance in this case.

DATED: December 16, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE