DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com
Email: holly.walker@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank, N.A. as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>   Defendants. | Case No.: 2:16-cv-00497-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NATIONSTAR AND U.S. BANK TO FILE REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 76]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>   Counter/Cross-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for FIRST NLC FINANCIAL FINANCIAL SERVICES, LLC, a dissolved Florida limited liability company; JEFFREY G. FLORES, an individual; and TRACEY L. FLORES, an individual,<br><br>   Counter/Cross-Defendants. | |

52815949;1

Nationstar Mortgage LLC and U.S. Bank, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1 (**U.S. Bank**) and SFR Investments Pool 1, LLC (**SFR**) respectfully stipulate to extend the time by one week for Nationstar and U.S. Bank to file a reply supporting their motion for partial summary judgment (ECF No. 76). On March 19, 2020, Nationstar and U.S. Bank filed their motion for partial summary judgment (ECF No. 76). On April 9, 2020, SFR filed its opposition to Nationstar and U.S. Bank's motion for partial summary judgment (ECF No. 79). Due to COVID-19 Coronavirus community and global health risks, and resulting travel restrictions, remote work environment transitions, and precautionary office closures, Nationstar and U.S. Bank request additional time to file its response. The parties propose that Nationstar and U.S. Bank's reply supporting their motion for partial summary judgment shall be due on or before April 30, 2020.

This is the parties' first request for extension of this deadline. This stipulation is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated the 22nd day of April, 2020. | Dated the 22nd day of April, 2020. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Holly E. Walker, Esq.* | */s/ Jacqueline A. Gilbert, Esq.* |
| HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Nationstar Mortgage LLC and U.S. Bank, N.A. as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1* | JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-00497-APG-BNW

DATED: 4/22/2020 _____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

52815949;1