1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for plaintiff and counter-defendant
   Nationstar Mortgage LLC and cross-defendant
8  U.S. Bank, National Association, as successor by
   merger to LaSalle Bank, N.A., as trustee for Merrill
9  Lynch First Franklin Mortgage Loan Trust,
   Mortgage Loan Asset-Backed Certificates, Series 2007-HE1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>            Defendants. | Case No.: 2:16-cv-00497-APG-BNW<br><br>**JOINT STATUS REPORT RE: STATUS OF SETTLEMENT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>            Counter/Cross-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for FIRST NLC FINANCIAL FINANCIAL SERVICES, LLC, a dissolved Florida limited liability company; JEFFREY G. FLORES, an individual; and TRACEY L. FLORES, an individual,<br><br>            Counter/Cross-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

56858068;1

1  Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant Fiesta del Norte Homeowners Association, defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC and cross-defendant U.S. Bank National Association, as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1 submit the following joint status report pursuant to the court's February 2, 2021 minute order, ECF No. 109:  Following the settlement conference, the parties prepared and agreed to the terms of a written settlement agreement and release.  Fiesta del Norte has already signed. Nationstar, U.S. Bank and SFR's counsel are working on obtaining client signatures, and expect the agreement will be fully-executed in the next two weeks, with a dismissal filed in the next 90 days, once all conditions precedents to dismissal in the settlement agreement have been satisfied.

DATED: March 4, 2021.

**AKERMAN LLP**

 */s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank, National Association,  as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1*

**HOA LAWYERS GROUP, LLC**

 */s/ Steven Loizzi, Jr.*
STEVEN LOIZZI, JR.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147

*Attorneys for defendant Fiesta del Norte Homeowners Association*

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

### ORDER

Based on the parties' joint status report, IT IS ORDERED that by 6/2/2021 the parties must file either dismissal documents or an additional joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 9:57 am, March 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

56858068;1