MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  donna.wittig@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Nationstar Mortgage LLC and cross-defendant*
*U.S. Bank, National Association,  as successor by*
*merger to LaSalle Bank, N.A., as  trustee for Merrill*
*Lynch First Franklin Mortgage  Loan Trust,*
*Mortgage Loan Asset-Backed Certificates, Series 2007-HE1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>               Defendants. | Case No.: 2:16-cv-00497-APG-BNW<br><br>**STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>               Counter/Cross-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for FIRST NLC FINANCIAL FINANCIAL SERVICES, LLC, a dissolved Florida limited liability company; JEFFREY G. FLORES, an individual; and TRACEY L. FLORES, an individual,<br><br>               Counter/Cross-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Nationstar Mortgage LLC, defendant Fiesta del Norte Homeowners Association, defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC and cross-defendant U.S. Bank National Association, as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1 stipulate to dismiss all remaining claims, with prejudice, each party to bear its own attorneys' fees and costs. This stipulation does not affect SFR's default judgment against cross-defendant Tracey L. Flores. (ECF No. 94.)

DATED: May 4, 2021

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant U.S. Bank, National Association, as successor by merger to LaSalle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE1*

**HOA LAWYERS GROUP, LLC**

*/s/ Steven Loizzi, Jr.*
STEVEN LOIZZI, JR.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147

*Attorneys for defendant Fiesta del Norte Homeowners Association*

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00497-APG-BNW

DATED: ___May 5, 2021_____

2