DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIESTA DEL NORTE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AN ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00497-APG-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation as nominee for FIRST NLC FINANCIAL SERVICES, LLC, a dissolved Florida limited liability company; JEFFREY G. FLORES, an individual; and TRACEY L. FLORES, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jason G. Martinez, Esq. and Karen L. Hanks, Esq. are no longer associated with the law firm of KIM GILBERT EBRON. KIM GILBERT EBRON requests that Mr. Martinez be removed from the service list.

KIM GILBERT EBRON continues to serve as counsel for SFR Investments Pool 1, LLC. All pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Diana S. Ebron, Esq. and Jacqueline A. Gilbert, Esq.

Dated this 18th day of August, 2021.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**
It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: August 20, 2021.

- 2 -